United States District Court
Southern District of Texas
FILED

SEP 1 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B - 02 - 176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF TEXAS, and RUSSELL ASH | § | |
| | § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES DEFENDANT TITAN TIRE CORPORATION OF TEXAS in the above styled and numbered matter, and files this its Notice of Removal of the present cause from the 404th Judicial District Court of Cameron County, Texas, pursuant to 28 U.S.C. §§ 1441 (b) and 1446 (a), in which it is now pending to the United States District Court for the Southern District of Texas, Brownsville Division, and would respectfully show unto the Court as follows:

**I.**

On August 22, 2002, Plaintiff Guillermina Montelongo filed Plaintiff's Original Petition against the defendants in the 404th Judicial District Court of Cameron County, Texas, styled Cause No. 2002-08-003375-G; Guillermina Montelongo vs. Titan Tire Corporation of Texas, and Russell Ash. A copy of Plaintiff's Original Petition is attached as part of the Index of Exhibits.

**II.**

Because plaintiff has alleged violations of federal law in her original petition, i.e, Title VII, this case may be removed to this court by defendant on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(b).

III.

Defendant was served with Plaintiff's Original Petition on August 26, 2002. No other defendant has been served with process at the time this removal was filed. This Notice of Removal was timely filed within thirty (30) days from receipt by defendant of Plaintiff's Original Petition, in accordance with the provision of 28 U.S.C. § 1446(b).

Signed on September 13, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: ______________________

Eileen M. Leeds
State Bar No. 00791093
USDC No. 16799
Melanie A. Moore
State Bar No. 24014281
USDC No. (Application Pending)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Removal has on September 13, 2002, been forwarded via certified mail, return receipt requested to:

Mr. Michael R. Cowen,
Michael R. Cowen, P.C.
765 E. 7th Street, Ste. A
Brownsville, Texas 78520

Mr. Carlos Cisneros
Mr. Chuck Mattingly
Cisneros & Mattingly, P.C.
845 E. Harrison
Brownsville, Texas 78520

Eileen M. Leeds

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF | § | |
| TEXAS, and RUSSELL ASH | § | |

---

**INDEX OF EXHIBITS**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES TITAN TIRE CORPORATION OF TEXAS, Defendant herein, and, in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, file this its Index of Exhibits and would submit the following with the Court the following:

1. Plaintiff's Original Petition
2. Citation issued to Titan Tire Corporation of Texas
3. Certified Docket Sheet
4. List of Parties.

Signed on September 13, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: [signature]
Eileen M. Leeds
State Bar No. 00791093
USDC No. 16799
Melanie A. Moore
State Bar No. 24014281
USDC No. (Application Pending)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Index of Exhibits has on September 13, 2002, been forwarded via certified mail, return receipt requested to:

Mr. Michael R. Cowen,
Michael R. Cowen, P.C.
765 E. 7th Street, Ste. A
Brownsville, Texas 78520

Mr. Carlos Cisneros
Mr. Chuck Mattingly
Cisneros & Mattingly, P.C.
845 E. Harrison
Brownsville, Texas 78520

[signature]
Eileen M. Leeds

CAUSE No. 2002-08-3372-G

AUG 2 2 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS DEPUTY

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | OF CAMERON COUNTY |
| TITAN TIRE CORPORATION OF TEXAS, and RUSSELL ASH | § | 404 th JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Guillermina Montelongo files suit against Defendants Titan Tire Corporation of Texas and Russell Ash, seeking compensatory and exemplary damages as a result of the sexual harrassment and other workplace torts that Defendants committed.

**I.**

**DISCOVERY CONTROL PLAN**

1.1 Plaintiff intends to conduct discovery pursuant to a Level 2 discovery control plan.

**II.**

**PARTIES**

2.1 Plaintiff is an individual residing in Cameron County, Texas.

2.2 Defendant Titan Tire Corporation of Texas is a Texas corporation with its principal place of business in Brownsville, Texas. It may be served by personal service upon its registered agent, Titan Wheel International, Inc., 6700 Parades Line Road, Brownsville, Texas 78520.

2.3 Defendant Russell Ash is a United States Citizen residing in Uruguay. He may be served with process at his current place of employment, FUNSA, Camino Corrales 3076, P.O. Box 15-175, District No. 5, 12000, Montevideo, Uruguay.

## III.

## JURISDICTION AND VENUE

3.1 Venue is proper in Cameron County because a substantial part of the events or omissions giving rise to Plaintiff's claim occurred in Brownsville, Texas.

## IV.

## BACKGROUND

4.1 Guillermina Montelongo ("Plaintiff") began working for Defendant Titan Tire Corporation of Texas ("Titan") on or about November 30, 1998.

4.2 Defendant Russell Ash was Plaintiff's supervisor.

4.3 Defendant Ash made disparaging racial comments while at work. Ash implied that problems at the Brownsville plant were due to the employees' race, by, for example, asking whether "all Mexicans were like this down here."

4.4 Ash made repeated romantic advances toward Plaintiff.

4.5 Plaintiff declined each of Ash's advances.

4.6 The very first time Ash asked Plaintiff out, Plaintiff declined and said she did not drink and that she was married.

4.7 Because of Ash's unwelcome advances, Plaintiff sought medical attention at Valley Doctor's Clinic in or around October 2000. A doctor wrote a note to Titan saying that Plaintiff needed time off due to stress and symptoms of severe depression.

4.8 When Ash discovered his attempts at wooing the Plaintiff had failed, Ash retaliated by demoting Plaintiff.

4.9 After demoting her, Ash continued to retaliate against the Plaintiff by harassing her. Once, in front of other employees, Ash said he "needed to fire [Plaintiff] or find a way to

TITAN TIRE Fax:19565414860 Aug 26 2002 10:43 P.04

fire [Plaintiff] because [she] was a fucking bitch." In addition, Ash constantly yelled at Plaintiff.

4.10 Defendant Ash's conduct was sufficiently pervasive to alter the terms and conditions of Plaintiff's employment and created a working environment that was intimidating, insulting and abusive to female employees.

4.11 As a result of Ash's sexual harassment, Plaintiff was obliged to resign her employment on or around August 10, 2001 and was thereby constructively discharged.

V.

FIRST CAUSE OF ACTION: TITLE VII VIOLATION

5.1 Defendants discriminated against Plaintiff because of her sex and race in violation of section 703(a) of Title VII by constructively terminating and otherwise discriminating against her, by engaging in, tolerating or failing to prevent the sexual harassment alleged above and by failing to take affirmative action to correct and redress these unlawful employment practices. Defendants also discriminated against Plaintiff in violation of section 704 of Title VII by constructively terminating her because of her opposition to the unsolicited and unwelcome sexual advances forced upon her and the other sexual harassment in her workplace.

5.2 Plaintiff believes that the effect of the defendants' unlawful employment practices had been to limit, classify and discriminate against females in ways which jeopardize and tend to deprive them of employment opportunities and otherwise adversely affect their status as employees because of their sex in violation of Title VII; and Plaintiff, a victim of such practices, is now and will continue to be unlawfully deprived of income in the form of wages and prospective benefits, and other monetary and non-monetary benefits due to her

TITAN TIRE Fax:19565414860 Aug 26 2002 10:44 P.05

solely bec_ _se of her sex in sums to be proved at trial.

5.3 Defendant has acted maliciously or with reckless indifference to Plaintiff's rights under federal law.

5.4 Plaintiff is entitled to recover from the Defendants reasonable attorneys' fees as provided in section 706(k) of Title VII.

VI.

SECOND CAUSE OF ACTION: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

6.1 During Plaintiff's employment, Defendant Ash's conduct exceeded the bounds of decency tolerated in the State of Texas. The harassment which ultimately caused the termination of Plaintiff's employment was either intended to cause her severe emotional distress or was perpetrated with reckless indifference to the likelihood that it would cause severe emotional distress. Defendants are, therefore, liable to the Plaintiff for all damages proximately resulting from the distress she has suffered relating to Defendant Ash's conduct.

VII.

THIRD CAUSE OF ACTION: TEXAS LABOR CODE VIOLATION

7.1 Defendants' discrimination against Plaintiff because of her sex violated the Texas Human Rights Commission Act.

VIII.

VICARIOUS LIABILITY

8.1 Defendant Titan is vicariously liable for the misfeasant and malfeasant conduct of its employees, because those employees are agents of Titan.

IX.

**JURY DEMAND**

9.1 Plaintiff demands trial by jury.

X.

**PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that citation be issued and defendants be served and that Plaintiffs recover judgment against Defendants, jointly and severally, for actual damages, exemplary damages, prejudgment interest, post-judgment interest, and court costs.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: ______________________
Michael R. Cowen
Texas Bar No. 00795306

Carlos Cisneros
Texas Bar No. 00793508
Chuck Mattingly
Texas Bar No. 00791202
CISNEROS & MATTINGLY, P.C.
845 E. Harrison
Brownsville, Texas 78520
Telephone (956) 504-2260
Facsimile (956) 504-5988

No. 2002-08-003375-G

RECEIVED
AUG 26 2002

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: TITAN TIRE CORPORATION OF TEXAS
BY SERVING REGISTERED AGENT
TITAN WHEEL INTERNATIONAL INC
6700 PAREDES LINE ROAD
BROWNSVILLE, TEXAS 78520

the DEFENDANT, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said PETITION was filed on AUGUST 23, 2002. A copy of same accompanies this citation.

The file number of said suit being No. 2002-08-003375-G.

The style of the case is:

GUILLERMINA MONTELONGO
VS.
TITAN TIRE CORPORATION OF TEXAS, AND RUSSELL ASH

Said petition was filed in said court by MICHAEL R. COWEN (Attorney for PLAINTIFF), whose address is 765 E. 7TH STREET, SUITE A BROWNSVILLE, TX. 78520.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 23rd day of AUGUST, A.D. 2002.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

DISTRICT COURT

RUN DATE 09/12/02
RUN TIME 2:24 PM

**CERTIFIED COPY**

* * * C L E R K ' S E N T R I E S * * *

GUILLERMINA MONTELONGO

VS

TITAN TIRE CORPORATION OF TEXAS, AND RUSSELL ASH

00549801
MICHAEL R. COWEN
765 E. 7TH STREET, SUITE A
BROWNSVILLE, TX. 78520 0000

(10)
DAMAGES

08/22/02 ORIGINAL PETIT
08/23/02 CITATION: TITA
TEXAS
08/23/02 SERVED: 08/
08/23/02 CITATION: RUSS
08/23/02 SERVED:

DISTRICT COURT ★ CAMERON COUNTY
A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE 9/12/02
BY [signature] DEPUTY

CAUSE NO. 2002-08-003375-G

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF CAMERON COUNTY |
| | § | |
| TITAN TIRE CORPORATION OF | § | |
| TEXAS, and RUSSELL ASH | § | 404TH JUDICIAL DISTRICT |

**NOTICE TO DISTRICT CLERK OF REMOVAL OF CIVIL ACTION**

TO: Ms. Aurora De La Garza
CAMERON COUNTY DISTRICT CLERK
974 E. Harrison
Brownsville, Texas 78520

Please take notice that DEFENDANT TITAN TIRE CORPORATION OF TEXAS, in the above-referenced matter, has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a Notice of Removal of the cause styled Guillermina Montelongo vs. Titan Tire Corporation of Texas and Russell Ash, originally filed in the 404TH Judicial District Court of Cameron County, Texas, Cause Number 2002-08-003375-G, and that a true and correct copy of said Notice of Removal, is being filed with the Clerk of the said United States District Court for the Southern District of Texas, Brownsville Division, and that the State Court shall proceed no further, unless the cause is remanded. A copy of said Notice of Removal, without copies of attachments, is attached to this notice.

Signed on September 13, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: ____________________
Eileen M. Leeds
State Bar No. 00791093
Melanie A. Moore
State Bar No. 24014281

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice to District Clerk of Removal of Civil Action has on September 13, 2002, been forwarded via certified mail, return receipt requested to:

Mr. Michael R. Cowen,
Michael R. Cowen, P.C.
765 E. 7th Street, Ste. A
Brownsville, Texas 78520

Mr. Carlos Cisneros
Mr. Chuck Mattingly
Cisneros & Mattingly, P.C.
845 E. Harrison
Brownsville, Texas 78520

____________________
Eileen M. Leeds

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF TEXAS, and RUSSELL ASH | § | |
| | § | |

## NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION

TO: Guillermina Montalongo,
by and through her attorney of record.

Mr. Michael R. Cowen,
Michael R. Cowen, P.C.
765 E. 7th Street, Ste. A
Brownsville, Texas 78520

Pursuant to Title 28 U.S.C. § 1446(b), as amended, you are notified that on September 13, 2002, in the above entitled and numbered cause (being Cause Number 2002-08-003375-G in the 404th Judicial District Court of Cameron County, Texas) DEFENDANT TITAN TIRE CORPORATION OF TEXAS, filed its Notice of Removal in the United States District Court for the Southern District of Texas, Brownsville Division. Copies of such Notice and other papers so filed are enclosed herewith.

Signed on September 13, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: [signature]
Eileen M. Leeds
State Bar No.00791093
USDC No. 16799
Melanie A. Moore
State Bar No. 24014281
USDC No. (Application Pending)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice to Plaintiff of Removal of Civil Action has on September 13, 2002, been forwarded via certified mail, return receipt requested to:

Mr. Michael R. Cowen,
Michael R. Cowen, P.C.
765 E. 7th Street, Ste. A
Brownsville, Texas 78520

Mr. Carlos Cisneros
Mr. Chuck Mattingly
Cisneros & Mattingly, P.C.
845 E. Harrison
Brownsville, Texas 78520

[signature]
Eileen M. Leeds