IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF | § | |
| TEXAS, and RUSSELL ASH | § | |

## DEFENDANT TITAN TIRE CORPORATION OF TEXAS' ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DEFENDANT TITAN TIRE CORPORATION OF TEXAS, and files this its Original Answer to Plaintiff's Original Petition and in support thereof would show this Court as follows:

I.

1. Defendant denies the allegations set forth in paragraph 1.1 of Plaintiff's Original Petition.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 2.1 of Plaintiff's Original Petition.

3. Defendant admits the allegations in paragraph 2.2 of Plaintiff's Original Petition.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 2.3 of Plaintiff's Original Petition.

5. Defendant denies that any event or omission occurred giving rise to plaintiff's claim but does admit that pursuant to plaintiff's allegations, venue is proper in Cameron

County.

6. Defendant admits to the allegations in paragraph 4.1 of Plaintiff's Original Petition.

7. Defendant denies the allegations in paragraph 4.2 of Plaintiff's Original Petition.

8. Defendant denies the allegations in paragraphs 4.3 through 4.11 of Plaintiff's Original Petition

9. Defendant denies the allegations in paragraph 5.1 through 5.4 of Plaintiff's Original Petition.

10. Defendant denies the allegations in paragraph 6.1, 7.1 and 8.1 of Plaintiff's Original Petition.

11. Defendant admits that plaintiff did make a jury demand in her state court pleading but denies that she has made a jury demand in this federal court action.

12. Defendant denies the allegations in paragraph 10 of Plaintiff's Original Petition.

## II.
## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint as plead, is barred by limitations because plaintiff did not exhaust her administrative remedies as required by law prior to bringing this claim, including, but not limited to, filing this complaint within ninety (90) days of receiving a right to sue letter.

2. Plaintiff failed to take advantage of defendant's mechanism to prevent and cure allegations of sexual harassment in that there are no allegations in Plaintiff's Original Petition setting forth plaintiff's actions in this regard.

## III.
## CONDITIONS PRECEDENT

Plaintiff has not performed all conditions precedent that she is required to perform before

filing suit. Specifically:

    a.    Plaintiff did not plead she exhausted all administrative remedies because plaintiff did not plead she filed a charge of discrimination with the Equal Employment Opportunity Commission.

    b.    Without waiving the above and foregoing failure to comply with conditions precedent, if plaintiff filed a charge of discrimination, said charge was not timely because plaintiff did not plead she filed her charge timely.

WHEREFORE, PREMISES CONSIDERED, Defendant Titan Tire Corporation of Texas, prays that upon final trial and hearing hereof, plaintiff take nothing by this suit, that Defendant Titan Tire Corporation of Texas recover all costs incurred herein, and that Defendant Titan Tire Corporation of Texas have such other and further relief, at law or in equity, to which it may show itself to be justly entitled.

Signed on September 13, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC No. 16799
Melanie A. Moore
State Bar No. 24014281
USDC No. (Application Pending)

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this instrument has on September 13, 2002, been forwarded via certified mail, return receipt requested to:

Mr. Michael R. Cowen,
Michael R. Cowen, P.C.
765 E. 7th Street, Ste. A
Brownsville, Texas 78520

Mr. Carlos Cisneros
Mr. Chuck Mattingly
Cisneros & Mattingly, P.C.
845 E. Harrison
Brownsville, Texas 78520

                                               Eileen M. Leeds