4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 17 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF | § | |
| TEXAS, and RUSSELL ASH | § | |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES PLAINTIFF GUILLERMINA MONTELONGO, herein, and in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, files this its Certificate of Interested Parties and would submit the following with the Court:

### DEFENDANTS

*Titan Tires Corporation of Texas*
*6700 Paredes Line Road*
*Brownsville, Texas 78520*

*Titan International Incorporation*
*2701 Spruce Street*
*Quincy, Illinois 62301*
*Parent Company of Titan Tire Corporation of Texas, and Titan International Incorporation is a publicly traded company.*

*Russell Ash*
*FUNSA, Camino Corrales 3076*
*P.O. Box 15-175*
*District No. 5, 12000*
*Montevideo, Uruguay*

### DEFENDANT'S COUNSEL

*Eileen M. Leeds*
*WILLETTE & GUERRA, L.L.P.*
*3505 Boca Chica Blvd. Suite 460*
*Brownsville, Texas 78521*

**PLAINTIFF**

*Guillermina Montelongo*
*835 San Pedro Lane*
*Brownsville, Texas 78520*

**PLAINTIFF'S COUNSEL**

*Mr. Michael R. Cowen*
*Law Offices of Michael R. Cowen*
*765 E. 7TH Street, Suite A*
*Brownsville, Texas 78520*
*(956) 541-4981*
*(956) 504-3674*

*Mr. Carlos Cisneros*
*CISNEROS & MATTINGLY, P.C.*
*845 E. Harrison St.*
*Brownsville, Texas 78520*
*(956) 504-2260*
*(956) 504-5988*

*Mr. Chuck Mattingly*
*CISNEROS & MATTINGLY, P.C.*
*845 E. Harrison St.*
*Brownsville, Texas 78520*
*(956) 504-2260*
*(956) 504-5988*

Respectfully submitted,

**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _____
Michael R. Cowen
Federal ID No.: 19967
State Bar No: 00795306

## CERTIFICATE OF SERVICE

I, Michael R. Cowen, hereby certify that I sent a copy of this document to opposing counsel on this the 16th day of September, 2002, by facsimile and regular U.S. mail.

Ms. Eileen Leeds
WILLETTE & GUERRA
3505 Boca Chica Blvd., Suite 460
Brownsville, Texas 78520

_____
Michael R. Cowen