IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.   B-02-176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF | § | |
| TEXAS, and RUSSELL ASH | § | |

United States District Court
Southern District of Texas
FILED

SEP 2 5 2002

Michael N. Milby
Clerk of Court

## DEFENDANT TITAN TIRE CORPORATION OF TEXAS' MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Titan Tire Corporation of Texas (Titan Tires) and files this, their Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and their memorandum of supporting points and authorities and would show this Honorable Court as follows:

### STATEMENT OF FACTS

The Plaintiff Guillermina Montelongo was employed by defendant Titan Tires in November of 1998. Plaintiff worked for Titan Tires until August 10, 2001, when she resigned. Plaintiff alleges that she was constructively terminated because of her gender and race. Defendant Titan Tires move this honorable court to dismiss any claims made on the basis racial discrimination pursuant to Federal Rule 12(b)(6) for the following reasons:

### I. RACIAL DISCRIMINATION

In her complaint the Plaintiff alleges a cause of action of racial discrimination. The Equal Employment Opportunity Commission (EEOC) has set forth strict guidelines that must be complied with before a plaintiff is allowed to file suit in court. The guidelines state that a person must file a complaint with the EEOC within 180 days of the alleged discriminatory employment action. This

deadline is extended to 300 days if the State the alleged discrimination occurred in has its own enforcement of discrimination claims. If a person does not file a claim within the time allotted, he/she is barred from filing suit in court. In *Ellert v. University of Texas at Dallas*, a plaintiff's failure to timely file a complaint with the EEOC barred her from bringing a cause of action in court. *Ellert v. University of Tex., at Dallas*, 52 F. 3d 543 (5th Cir. 1995).

In the present case, in her complaint to the EEOC the Plaintiff alleges she was discriminated on the basis of gender, and makes no mention of discrimination based on race; therefore, the Plaintiff in this case has failed to comply with the prerequisite for filing a lawsuit under Title VII. The deadline to file with EEOC has passed, since the alleged discriminatory act occurred more than 300 days ago before her resignation on August 10, 2001. Consequently, the claim of racial discrimination is barred and should be dismissed.

WHEREFORE, PREMISES CONSIDERED, Defendant **TITAN TIRES** move this Court to dismiss Plaintiff's claim alleging racial discrimination as this claim is barred and for all further relief, at law or in equity, to which it may show itself to be justly entitled.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____*Eileen Leeds*_____
Eileen M. Leeds
State Bar No. 00791093
USDC No. 16799
Melanie A. Moore
State Bar No. 24014281
USDC No. (Application Pending)

ATTORNEY FOR TITAN TIRE
CORPORATION OF TEXAS

### CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of September, 2002, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

**VIA CM/RRR # 7002 1000 0005 1030 5477**
Mr. Michael R. Cowen,
Michael R. Cowen, P.C.
765 E. 7th Street, Ste. A
Brownsville, Texas 78520

Mr. Carlos Cisneros
Mr. Chuck Mattingly
Cisneros & Mattingly, P.C.
845 E. Harrison
Brownsville, Texas 78520

_____*Eileen Leeds*_____
Eileen M. Leeds

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § § | |
| VS. | § § | CIVIL ACTION NO.   B-02-176 (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF TEXAS, and RUSSELL ASH | § § § | |

**ORDER GRANTING DEFENDANT TITAN TIRE CORPORATION OF TEXAS' MOTION TO DISMISS**

On this the _____ day of _____, 2002, came on for consideration Defendant Titan Tire Corporation of Texas' Motion to Dismiss. Having examined same and considered the arguments of counsel, this Court is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Titan Tire Corporation of Texas' Motion to Dismiss is GRANTED. It is further ORDERED that all of Plaintiff's claims be and are DISMISSED with prejudice.

SIGNED on this _____ day of _____, 2002.

_____
JUDGE PRESIDING

Copies to:
Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., International Plaza, 3505 Boca Chica, Blvd., Suite 460, Brownsville, Texas 78521
Mr. Michael R. Cowen, Michael R. Cowen, P.C., 765 E. 7th Street, Ste. A, Brownsville, Texas 78520
Mr. Carlos Cisneros, Mr. Chuck Mattingly, Cisneros & Mattingly, P.C., 845 E. Harrison, Brownsville, Texas 78520

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.   B-02-176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF | § | |
| TEXAS, and RUSSELL ASH | § | |

## ORDER SETTING HEARING ON DEFENDANT TITAN TIRE CORPORATION OF TEXAS' MOTION TO DISMISS

On this the _____ day of _____ 2002, came on to be considered Defendant Titan Tire Corporation of Texas' Motion to Dismiss. After considering same, the Court is of the opinion that a hearing should be held.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant Titan Tire Corporation of Texas' Motion to Dismiss be and is hereby set for hearing on the _____ day of _____, 2002 at _____ a.m. o'clock in this Honorable Court.

SIGNED FOR ENTRY on this the _____ day of _____, 2002

_____
JUDGE PRESIDING

Copies to:
Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., International Plaza, 3505 Boca Chica, Blvd., Suite 460, Brownsville, Texas 78521
Mr. Michael R. Cowen, Michael R. Cowen, P.C., 765 E. 7th Street, Ste. A, Brownsville, Texas 78520
Mr. Carlos Cisneros, Mr. Chuck Mattingly, Cisneros & Mattingly, P.C., 845 E. Harrison, Brownsville, Texas 78520