IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 27 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.   B-02-176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF | § | |
| TEXAS, and RUSSELL ASH | § | |

## DEFENDANT TITAN TIRE CORPORATION OF TEXAS' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, TITAN TIRE CORPORATION OF TEXAS, one of the Defendants in the above styled and numbered cause and pursuant to the Court's Order for Conference and Disclosure of Interested Parties, hereby certifies that the only persons, associations, etc., that are known to this defendant to be financially interested in the outcome of this litigation are:

a.   Plaintiff Guillermina Montelongo

b.   Plaintiff's counsel, Michael R. Cowen

c.   Plaintiff's counsel, Carlos Cisneros

d.   Plaintiff's counsel, Chuck Mattingly

e.   Defendant Titan Tire Corporation of Texas

f.   Defendant Titan Tire Corporation of Texas' counsel, Eileen M. Leeds

g.   Defendant Russell Ash

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC No. 16799
Melanie A. Moore
State Bar No. 24014281
USDC No. (Application Pending)

ATTORNEY FOR TITAN TIRE
CORPORATION OF TEXAS

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of September, 2002, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

**VIA CM/RRR # 7002 1000 0005 1030 5477**
Mr. Michael R. Cowen,
Michael R. Cowen, P.C.
765 E. 7th Street, Ste. A
Brownsville, Texas 78520

Mr. Carlos Cisneros
Mr. Chuck Mattingly
Cisneros & Mattingly, P.C.
845 E. Harrison
Brownsville, Texas 78520

_____
Eileen M. Leeds