United States District Court
Southern District of Texas
FILED

OCT 0 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUILLERMINA MONTELONGO § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-176 |
| § | JURY DEMANDED |
| TITAN TIRE CORPORATION OF TEXAS § | |
| and RUSSELL ASH § | |

## NOTICE OF AGREEMENT TO AMEND

As provided for under Federal Rule of Civil Procedure 15(a), Plaintiff has secured Defendant's written consent to amend Plaintiff's pleadings. Defendant's consent is attached as EXHIBIT A.

Respectfully submitted,
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _____
Michael R. Cowen
Texas Bar No. 00795306
Federal ID: 19967
Carlos Cisneros
Texas Bar No. 00793508  Fed ID: 21965
Chuck Mattingly
Texas Bar No. 00791202  Fed ID: 20638
CISNEROS & MATTINGLY, P.C.
845 E. Harrison
Brownsville, Texas 78520
Telephone (956) 504-2260
Facsimile (956) 504-5988

## CERTIFICATE OF SERVICE

    I, Michael R. Cowen, P.C., hereby certify that I sent a copy of the foregoing document to all opposing counsel of record in the manner indicated below on this the 2nd day of October, 2002.

| | |
|---|---|
| Eileen M. Leeds | **Via Facsimile (956) 541-1846** |
| WILLETTE & GUERRA, L.L.P. | **& Regular U.S. Mail** |
| 3505 Chica Blvd, Suite 460 | |
| Brownsville, TX 78521 | |

_____
Michael R. Cowen, P.C.

# EXHIBIT A

# LAW OFFICES OF
# MICHAEL R. COWEN, P.C.

765 E. 7th Street, Suite A • Brownsville, Texas 78520
Telephone 956/541-4981 • Facsimile 956/504-3674

MICHAEL R. COWEN
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

October 1 2002

Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
3505 Chica Blvd, Suite 460
Brownsville, TX 78521

Re:   Civil Action No. B-02-176; *Montelongo v. Titan Tire Corporation of Texas et al.*

Dear Ms. Leeds:

I am writing to ask for written consent that Ms. Montelongo amend her pleadings. We would like to amend in order to drop Ms. Montelongo's racial discrimination claim; attached please find a copy of our proposed amendment. If you consent to Plaintiff's amendment, please sign below. If not, please contact me at your convenience.

Sincerely,

Michael Blanchard

_____
Eileen Leeds