IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  B-02-176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF | § | |
| TEXAS, and RUSSELL ASH | § | |

## DEFENDANT TITAN TIRE CORPORATION OF TEXAS' ORIGINAL ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DEFENDANT TITAN TIRE CORPORATION OF TEXAS, and files this its First Amended Answer to Plaintiff's First Amended Complaint and in support thereof would show this Court as follows:

### I.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 1.1 of Plaintiff's First Amended Complaint.

3. Defendant admits the allegations in paragraph 1.2 of Plaintiff's First Amended Complaint.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 1.3 of Plaintiff's First Amended Complaint.

5. Defendant denies that any event or omission occurred giving rise to plaintiff's claim but does admit that pursuant to plaintiff's allegations, venue is proper in Brownsville in the Southern District of Texas.

6. Defendant admits that pursuant to plaintiff's allegations, jurisdiction is proper in the United States District Court.

7. Defendant admits to the allegations in paragraph 3.1 of Plaintiff's First Amended Complaint.

8. Defendant denies the allegations in paragraph 3.2 of Plaintiff's First Amended Complaint.

9. Defendant denies the allegations in paragraphs 3.3 through 3.10 of Plaintiff's First Amended Complaint.

10. Defendant denies the allegations in paragraph 4.1 through 4.4 of Plaintiff's First Amended Complaint.

11. Defendant denies the allegations in paragraph 5.1, 6.1 and 7.1 of Plaintiff's First Amended Complaint.

12. Defendant admits that plaintiff did make a jury demand in this federal court action.

13. Defendant denies the allegations in paragraph 9 of Plaintiff's First Amended Complaint.

## II.
## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint as plead, is barred by limitations because plaintiff did not exhaust her administrative remedies as required by law prior to bringing this claim, including, but not limited to, filing this complaint within ninety (90) days of receiving a right to sue letter.

2. Plaintiff failed to take advantage of defendant's mechanism to prevent and cure allegations of sexual harassment in that there are no allegations in Plaintiff's First Amended Complaint setting forth plaintiff's actions in this regard.

## III.
## CONDITIONS PRECEDENT

Plaintiff has not performed all conditions precedent that she is required to perform before filing suit. Specifically:

a. Plaintiff did not plead she exhausted all administrative remedies because plaintiff did not plead she filed a charge of discrimination with the Equal Employment Opportunity Commission.

b. Without waiving the above and foregoing failure to comply with conditions precedent, if plaintiff filed a charge of discrimination, said charge was not timely because plaintiff did not plead she filed her charge timely.

WHEREFORE, PREMISES CONSIDERED, Defendant Titan Tire Corporation of Texas, prays that upon final trial and hearing hereof, plaintiff take nothing by this suit, that Defendant Titan Tire Corporation of Texas recover all costs incurred herein, and that Defendant Titan Tire Corporation of Texas have such other and further relief, at law or in equity, to which it may show itself to be justly entitled.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC No. 16799
Melanie A. Moore
State Bar No. 24014281
USDC No. (Application Pending)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of October, 2002, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

**VIA CM/RRR # 7002 0460 0000 6650 0761**
Mr. Michael R. Cowen,
Michael R. Cowen, P.C.
765 E. 7th Street, Ste. A
Brownsville, Texas 78520

Mr. Carlos Cisneros
Mr. Chuck Mattingly
Cisneros & Mattingly, P.C.
845 E. Harrison
Brownsville, Texas 78520

_____
Eileen M. Leeds