IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO, Petitioner, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-02-176 |
| TITAN TIRE CORPORATION OF TEXAS and RUSSELL ASH, Respondent. | § § § § § | |

## ORDER

BE IT REMEMBERED that on October 15, 2002, the Court considered Plaintiff's Notice of Agreement to Amend. Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff obtained Defendant's consent to amend its complaint. As a result, the Court hereby GRANTS Plaintiff's request to amend.

DONE at Brownsville, Texas this 15th day of October, 2002.

Hilda G. Tagle
United States District Judge