_Russell ASH_

**RETURN OF SERVICE**   _CAB-02-176_   **11**

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE _12/13/02_ |
| NAME OF SERVER (PRINT) _Eddie Gonzalez_ | TITLE _Process Server_ |

_Check one box below to indicate appropriate method of service_

[X] Served personally upon the defendant. Place where served: _3505 Boca Chica Blvd #465 Brownsville, TX 78521_

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

**DEC 1 3 2002**

Michael N. Milby
Clerk of Court

[ ] Other _(specify):_ _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _12/13/02_     _Eddie Gonz_
         Date         Signature of Server

**Professional Civil Process**
Address of Server **700 Paredes Ave., #208**
**Brownsville, Texas 78520**
**Tel. (956) 546-1313**