IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JAN 21 2003
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED
JAN 2 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GUILLERMINA MONTELONGO, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TITAN TIRE CORPORATION OF § <br> TEXAS and RUSSELL ASH, § <br> Defendants. § | CIVIL ACTION NO. B-02-176 |

### ORDER

BE IT REMEMBERED that on January 21, 2003, the Court **ORDERED** the Parties to submit a Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 2:00 p.m. on Friday, January 24, 2003.

DONE at Brownsville, Texas, this 21st day of January 2003.

Hilda G. Tagle
United States District Judge