IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 22 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUILLERMINA MONTELONGO § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-176 |
| § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF § | |
| TEXAS, and RUSSELL ASH § | |

### MOTION TO APPEAR ON BEHALF OF ATTORNEY IN CHARGE

Attorney Conrad Bodden of the Law Offices of Michael R. Cowen, P.C. hereby files this Motion to Appear on Behalf of Attorney in Charge and requests permission from this Honorable Court to appear for Michael Cowen at the hearing set for January 27, 2003.

Conrad Bodden is a licensed attorney in good standing with the State Bar of Texas and is licensed to practice in the United States District Court for the Southern District of Texas. Conrad Bodden requests this Honorable Court to grant him permission to appear at the above-mentioned hearing for the attorney-in-charge for Plaintiff.

RESPECTFULLY SUBMITTED,

MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _____
Conrad Bodden
Texas Bar No. 00796220
S.D. Tex. I.D. No. 21003

Michael R. Cowen
Texas Bar No. 00795306
S.D. Tex. I.D. No. 19967
MICHAEL R. COWEN, P.C.,
520 E. Levee Street
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on this 22 day of January, 2003, to the following counsel of record:

Ms. Eileen Leeds
WILLETTE & GUERRA
3505 Boca Chica Blvd., Suite 460
Brownsville, Texas 78520

Conrad Bodden