IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.    B-02-176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF | § | |
| TEXAS, and RUSSELL ASH | § | |

## JOINT REPORT ON MEETING REQUIRED BY RULE 26(F) AND JOINT DISCOVERY/CASE MANAGEMENT PLAN

Please be advise that on January 24, 2003, Eileen Leeds counsel for Defendants, TITAN

TIRES CORPORATION OF TEXAS , and RUSSELL ASH and Michael R. Cowen, counsel for

Plaintiff, GUILLERMINA Montelongo, conducted a conference  to discuss the nature and basis

of the claims and defense and the possibilities for a prompt settlement or resolution of the case,

to make arrangements for the disclosures as required by Federal Rule 26 (a) (1), and to develop a

proposed discovery/case management plan, which is submitted herein to the Court as follows:

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and
    identify the counsel who attended for each party.

    Melanie Moore attended for Defendants and Michael Cowen on behalf of Plaintiff.

2.  List the cases related to this one that are pending in any state or federal court with the
    case number and court.

    Benigno Rico and Guillermina Montelongo vs. Titan Tire Corporation, Titan
    International, Jerry Shanholtzer, Joe Kolniak, Continental Tire North America, Inc. d/b/a
    Continental General Tire, Inc. with cause no. 2002-04-1465-B in the 138th District Court
    of Cameron County.

3.    Specify the allegation of federal jurisdiction.

This case is brought pursuant to 28 U.S.C. section 1337 and 1343 (4) and 42 U.S.C. section 2000e-5(f) by Plaintiff.

4.    Name the parties who disagree and the reasons.

None.

5.    List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

None.

6.    List anticipated interventions.

None.

7.    Describe class-action issues.

None.

8.    State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

No, initial disclosures will be made within 14 days of this order.

9.    Describe the proposed agreed discovery plan, including:

A)    Responses to all the matters raised in Rule 26(f).

None.

B)    When and to whom the plaintiff anticipates it may send interrogatories.

Plaintiff anticipates sending interrogatories to Russell Ash and Titan Tires of Texas Inc, within 14 days.

C)    When and to whom the defendant anticipates it may send interrogatories.

Defendant has already sent interrogatories to the Plaintiff.

D)    Of whom and by when the plaintiff anticipates taking oral depositions.

Plaintiff anticipates deposing Russell Ash, Corporate Representative of Titan Tires of Texas, and any person with relevant knowledge and fact of this case.

E)      Of whom and by when the defendant anticipates taking oral depositions.

Defendants anticipates taking the deposition of the Plaintiff, plaintiff's husband and any other persons with relevant knowledge of the Plaintiff's allegations.

F)      List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Two months after the signing of the order.

G)      List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Defendants will depose any experts designated by Plaintiff 30 days after the expert's report is provided to Defendants.

10.     If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

None.

11.     Specify the discovery beyond initial disclosures that has been undertaken to date.

Defendant has sent written discovery to the Plaintiff.
Plaintiff has not sent written discovery to Defendant.

12.     State the date the planned discovery can reasonably be completed.

July 2003.

13.     Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

Parties agree to mediate after discovery is substantially complete.

14.     Describe what each party has done or agreed to do to bring about a prompt resolution.

Each party is investigating the facts of this case with an eye towards prompt resolution of this matter.

15.  From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

Mediation may be considered at a later date by both parties.

16.  Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

Parties do not agree on proceeding before a Magistrate Judge.

17.  State whether a jury demand has been made and if it was made on time.

A jury demand has been timely made.

18.  Specify the number of hours it will take to present the evidence in this case.

Parties anticipate it will take forty hours.

19.  List pending motions that could be ruled on at the initial pretrial and scheduling conference.

None.

20.  List other motions pending.

None.

21.  Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

None.

22.    List the names, bar numbers, addresses and telephone numbers of all counsel.

Signed on January <u>24</u>, 2003.

| | |
|---|---|
| LAW OFFICES OF<br>MICHAEL R. COWEN<br>520 E. Levee Street<br>Brownsville, Texas 78520<br>Telephone: (956) 541-4981<br>Facsimile:  (956) 504-3674 | LAW OFFICES OF<br>WILLETTE & GUERRA, L.L.P.<br>International Plaza, Suite 460<br>3505 Boca Chica Blvd.<br>Brownsville, Texas 78520<br>Telephone: (956) 541-1846<br>Facsimile:  (956) 541-1893 |

_Michael R. Cowen wp mm_

Michael R. Cowen
Federal Id. No. 19967
State Bar No. 00795306

Conrad Bodden
Federal Id. No 21003
State Bar No. 00796220
520 E. Levee Street
Brownsville, Texas 78520
Telephone: ((956) 541-4981
Facsimile:  (956) 504-3674

_Eileen M. Leeds wp mm_

Eileen M. Leeds
Federal Id. No. 16799
State Bar No. 00791093

Melanie A. Moore
Federal Id. No. 32748
State Bar No. 24014281
LAW OFFICE OF WILLETTE &
GUERRA
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile:  (956) 541-1893

**ATTORNEY FOR PLAINTIFF**          **ATTORNEYS FOR DEFENDANTS**