IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 24 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO, Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-02-176 |
| TITAN TIRE CORPORATION OF TEXAS and RUSSELL ASH, Defendants. | § § § § § | |

## ORDER

BE IT REMEMBERED that on January 24, 2003, the Court considered Plaintiff's Motion to Appear on Behalf of Attorney in Charge [Dkt. No. 14]. The Court **GRANTS** Conrad Bodden permission to appear at the Initial Pretrial Conference scheduled for January 27, 2003.

DONE at Brownsville, Texas, this 24th day of January 2003.

_____
Hilda G. Tagle
United States District Judge