*17*

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 01 — 27 — 03 |
| TIME | a.m. / 2:00 p.m.  —  a.m. / 2:10 p.m. |
| CIVIL ACTION | B — 02 — 176 |
| STYLE | Guillermina Montelongo *versus* Titan Tire Corp. of Texas and Russell Ash |

United States District Court
Southern District of Texas
FILED
JAN 2 7 2003
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;    (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):   Conrad Bodden (substituted)

Attorney(s) for Defendant(s):   Eileen M. Leeds

Comments:

Defendants are satisfied that Pl has exhausted their administrative remedies. Pls will provide Defs w/ their right to sue letter and this case was filed w/in 90 days. Therefore, Defs said no summary judgment will be filed on conditions precedent.

Pl stated the facts underlying the tort claims against Ash were based on the same underlying facts of discrimination for the Title VII claim.

Defs will file Summary Judgment on points dealing w/ whether Ash can be sued in his official and individual capacity.