United States District Court
Southern District of Texas
FILED

FEB 0 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-176 (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF TEXAS, and RUSSELL ASH | § § § | |

### DEFENDANTS' INITIAL DISCLOSURES UNDER
### FEDERAL RULE OF CIVIL PROCEDURE 26

TO: Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

NOW COMES, Defendants Titan Tire Corporation of Texas and file this their Initial Disclosures under Federal Rule of Civil Procedure 26. Defendants show the following:

(A) Persons with Relevant Knowledge (subject to supplementation)

Guillermina Montelongo, Plaintiff
c/o Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Titan Tire Corporation of Texas, Defendant
c/o Ms. Eileen M. Leeds
WILLETTE & GUERRA L.L.P
3505 Boca Chica Suite 460
Brownsville, Texas 78521

Russell Ash, Defendant
c/o Ms. Eileen M. Leeds
WILLETTE & GUERRA L.L.P
3505 Boca Chica Suite 460
Brownsville, Texas 78521

02-190 MONTELONGO: Initial Discl.

       Joe Kolniak
       6700 Paredes Line Road
       Brownsville, Texas 78521
       (956)986-7079
       Human Resources Manager, Titan Tires Corporation of Texas

       Rose Guajardo
       6700 Paredes Line Road
       Brownsville, Texas 78521
       (956)986-7079
       Employee, Titan Tires Corporation of Texas

       Martha Sanchez
       6700 Paredes Line Road
       Brownsville, Texas 78521
       (956)986-7079
       Employee, Titan Tires Corporation of Texas

       Benigno Rico
       835 San Pedro Lane
       Brownsville, Texas 78521
       Plaintiff's husband

       Steve Harrison
       10905 Oston Road
       Brownsville, Texas 78521
       Plaintiff's supervisor at Titan Tires Corporation of Texas employee
       Mr. Harrison testified at Plaintiff's Texas Workforce Commission Hearing

       Johnny Garcia
       Former Titan Tires Corporation of Texas employee
       Mr. Garcia testified at Plaintiff's Texas Workforce Commission Hearing

(B)    Documents (subject to supplementation):

       Please see attached personnel file of Guillermina Montelongo.

       Please see attached EEOC file of Guillermina Montelongo.

(C)    Computation of Damages:

       Not Applicable.

02-190 MONTELONGO: Initial Discl.

(D)   Insurance Agreement:

None.

Signed on February 7, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile:  (956) 541-1893

By: *Eileen M. Leeds w/p MM*

Eileen M. Leeds
State Bar No. 00791093
Federal I.D. #16799

Melanie A. Moore
State Bar No. 24014281
Federal I.D. No. 32748

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Defendants' Initial Disclosures Under Federal Rule of Civil Procedure 26 on February 7, 2003, has been forwarded by via certified mail, return receipt requested to the following:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

*Eileen M. Leeds w/p MM*
Eileen M. Leeds

02-190 MONTELONGO: Initial Discl.

-3-