| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

GUILLERMINA MONTELONGO     §

vs.     §     Civil Action B: 02-176

TITAN TIRE CORPORATION     §
OF TEXAS, and RUSSELL ASH

United States District Court
Southern District of Texas
FILED

FEB 1 3 2003

Michael N. Milby
Clerk of Court

## SCHEDULING ORDER

1. Trial: Estimated time to try: **6-7** days.     ☐ Bench     ■ Jury

2. New parties must be joined by:     **N/A**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     **4/7/03**

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     **7/10/03**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:     **8/11/03**

7. Joint pretrial order is due:     **10/15/03**

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     **10/30/03**

9. Jury Selection is set for 9:00 a.m. on:     **11/3/03**
   *(The case will remain on standby until tried)*

Signed **February 13**, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge