IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUILLERMINA MONTELONGO | § |
| | § |
| VS. | § CIVIL ACTION NO. B-02-176 |
| | § (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF | § |
| TEXAS, and RUSSELL ASH | § |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE
## TO FILE DISPOSITIVE MOTIONS

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES, Defendants Titan Tire Corporation of Texas and Russell Ash, and files this their Unopposed Motion to Extend Deadline to File Dispositive Motions and would show this Honorable Court as follows:

**I.**

The deadline to file dispositive motions is currently set for August 11, 2003. The case is set for trial on November 3, 2003. However, the Plaintiff's deposition has not been able to be completed because of scheduling conflicts. Defendants request that the deadline for dispositive motions be extended forty-five (45) days in order to allow sufficient time to depose the Plaintiff and include relevant evidence in the Defendant's dispositive motions.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court grant this their Unopposed Motion to Extend Deadline to File Dispositive Motions and grant any further relief to which they may show themselves justly entitled.

Respectfully submitted,

Willette & Guerra, L.L.P.
International Plaza
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _/s/ Eileen Leeds w/p MM_
Eileen M. Leeds
State Bar No. 00791093
USDC No. 16799

Melanie A. Moore
State Bar No. 24014281
USDC No. 32748

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of August, 2003, a true and correct copy of the above and foregoing, instrument has been served on Plaintiff's attorney of record, via certified mail, return receipt requested.

Mr. Michael R. Cowen,
Michael R. Cowen, P.C.
765 E. 7th Street, Ste. A
Brownsville, Texas 78520

Mr. Carlos Cisneros
Mr. Chuck Mattingly
Cisneros & Mattingly, P.C.
845 E. Harrison
Brownsville, Texas 78520

_/s/ Eileen Leeds w/p MM_
Eileen M. Leeds

## CERTIFICATE OF CONFERENCE

Undersigned has conferred with counsel for Plaintiff and they are unopposed to the filing of this motion.

_____
Eileen M. Leeds