IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **GUILLERMINA MONTELONGO,**<br>Plaintiff, | § § § § | |
| v. | § | CIVIL ACTION NO. B-02-176 |
| **TITAN TIRE CORPORATION OF TEXAS and RUSSELL ASH,**<br>Defendants. | § § § § § | |

### ORDER

BE IT REMEMBERED that on August 13, 2003, the Court **GRANTED** Defendant's Unopposed Motion to Extend Deadline to File Dispositive Motions [Dkt. No. 21]. The parties are **ORDERED** to submit dispositive motions by 5:00 p.m. on Sept. 11, 2003. Response motions will be filed no later than 5:00 p.m. on October 1, 2003. Reply motions, if any, will be filed no later than 5:00 p.m. on October 21, 2003. All remaining deadlines will remain in effect, pursuant to the Court's Scheduling Order entered on February 13, 2003.

DONE at Brownsville, Texas, this 14th day of August, 2003.

Hilda G. Tagle
United States District Judge