IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.   B-02-176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF | § | |
| TEXAS, and RUSSELL ASH | § | |

**DEFENDANT'S MOTION TO EXTEND DEADLINE
TO FILE DISPOSITIVE MOTIONS**

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES, Defendants Titan Tire Corporation of Texas and Russell Ash, and files this their Motion to Extend Deadline to File Dispositive Motions and would show this Honorable Court as follows:

**I.**

The deadline to file dispositive motions is currently set for September 11, 2003.  The case is set for trial on November 3, 2003.  However, the Plaintiff's deposition had not been able to be completed because of scheduling conflicts for both parties and was just taken yesterday, September 10, 2003.  Defendants request that the deadline for dispositive motions be extended fourteen (14) days in order to allow sufficient time to properly cite to her deposition and include relevant evidence in the Defendant's dispositive motions.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court grant this their Motion to Extend Deadline to File Dispositive Motions and grant any further relief to which they may show themselves justly entitled.

Respectfully submitted,

Willette & Guerra, L.L.P.
International Plaza
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893


By: *Eileen Leeds*
Eileen M. Leeds
State Bar No. 00791093
USDC No. 16799

Melanie A. Moore
State Bar No. 24014281
USDC No. 32748

ATTORNEYS FOR DEFENDANT


**CERTIFICATE OF CONFERENCE**

The undersigned attempted to contact opposing party but at the time necessary to file this motion no response had been received.

*Eileen Leeds*
Eileen M. Leeds

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of September, 2003, a true and correct copy of the above and foregoing, instrument has been served on Plaintiff's attorney of record, via certified mail, return receipt requested.

Mr. Michael R. Cowen,
Michael R. Cowen, P.C.
765 E. 7th Street, Ste. A
Brownsville, Texas 78520

Mr. Carlos Cisneros
Mr. Chuck Mattingly
Cisneros & Mattingly, P.C.
845 E. Harrison
Brownsville, Texas 78520

_____
Eileen M. Leeds