IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO,<br>Plaintiff, | § § § § | |
| v. | § | CIVIL ACTION NO. B-02-176 |
| TITAN TIRE CORPORATION OF<br>TEXAS and RUSSELL ASH,<br>Defendants. | § § § § § | |

## ORDER

BE IT REMEMBERED that on September 25, 2003, the Court **GRANTED** Defendants' Motion to Extend Deadline to File Dispositive Motions [Dkt. No. 23]. Defendant requested an extension of 14 days in order to allow Defendants to incorporate into their dispositive motions evidence acquired from recent depositions. Plaintiffs are **ORDERED** to submit response motions by 5:00 p.m. on October 15, 2003. Reply motions, if any, will be filed no later than 5:00 p.m. on October 29, 2003. All remaining deadlines will remain in effect, pursuant to the Court's Scheduling Order entered on February 13, 2003.

DONE at Brownsville, Texas, this 25th day of August, 2003.

Hilda G. Tagle
United States District Judge