IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF | § | |
| TEXAS, and RUSSELL ASH | § | |

### PLAINTIFF'S PROPOSED EXHIBIT LIST

Plaintiff, Guillermina Montelongo, submits the following proposed Exhibit List:

A. Plaintiff's Daily Production Records.

B. Letter from Johnny Garcia to Texas Workforce Commission (attached to his deposition).

C. Titan Tire Employee Handbook.

D. Document signed by Plaintiff indicating she received the Titan Tire Employee Handbook.

E. Titan Tire Sexual Harassment Training sign-in-sheet.

F. Plaintiff's Employment Record indicating her job position and rate of pay.

G. Audiotapes from Texas Workforce Commission Hearing regarding Plaintiff's Unemployment benefits hearing.

H. Defendant's Written Discovery Responses.

I. Plaintiff's letter of Resignation.

J. Plaintiff's Personal file, EEOC File and Texas Workforce Commission file.

K. Deposition of Steve Harrison.

L. Deposition of Russell Ash ( regarding Johnny Garcia vs. Titan Tire of Texas)

Respectfully submitted,

MICHAEL R. COWEN , P.C.
520 E. Levee Streeet
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (FAX)

_____
Michael R Cowen
State Bar No.   00795306
Federal ID No. 19967
Conrad Bodden
State Bar No. 00796220
Federal ID No. 21003
David Sanchez
State Bar No.: 24013451
Federal ID No. 25271

ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

On this the __16 TH__ day of October, 2003 a true and correct copy of the above and foregoing was sent to opposing counsel in the manner indicated below:

**Certified Registered U.S. Mail**

Ms. Eileen Leeds
Ms. Amy L. Gonzalez
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 4602
3505 Boca Chica Blvd.
Brownsville, Tx. 78521

_____
MICHAEL R. COWEN