IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO, Plaintiff, | § § § § | |
| v. | § | CIVIL ACTION NO. B-02-176 |
| TITAN TIRE CORPORATION OF TEXAS and RUSSELL ASH, Defendants. | § § § § § | |

## ORDER

BE IT REMEMBERED that on October 24, 2003, the Court **RESET** the trial date in the above captioned case. Docket call and the final pretrial conference is set for 1:30 p.m. on January 8, 2004. An amended scheduling order will be entered concerning the dates for jury selection and if necessary the filing of an amended joint pretrial order.

DONE at Brownsville, Texas, this 24st day of October, 2003.

Hilda G. Tagle
United States District Judge