30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  B-02-176 |
| | § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF | § | |
| TEXAS, and RUSSELL ASH | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, TITAN TIRE CORPORATIONS OF TEXAS and RUSSELL ASH, named

Defendants in the above-styled and, and would advise the Court that the above-referenced case has

been compromised and settled.  The parties will be filing the appropriate documents forthwith.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, Texas 78520
Telephone (956) 541-1846
Facsimile (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
Federal No. 16799

**ATTORNEY FOR DEFENDANTS TITAN TIRE
CORPORATION OF TEXAS AND RUSSELL
ASH**

02-190 MONTELONGO: NOTICE-SETTLEMENT
PAGE 1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of October, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

**VIA CM/RRR # 7002 2030 0007 0887 8316**
Mr. Michael R. Cowen,
Michael R. Cowen, P.C.
520 E. Levee Street
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Mr. Carlos Cisneros
Mr. Chuck Mattingly
Cisneros & Mattingly, P.C.
845 E. Harrison
Brownsville, Texas 78520

Eileen M. Leeds

02-190 MONTELONGO: NOTICE-SETTLEMENT
PAGE 2