31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ADR MEMORANDUM TO CLERK OF COURT
(To Be Submitted in duplicate if cases settles before
ADR or within 10 days after completion of ADR)

United States District Court
Southern District of Texas
FILED

NOV 0 4 2003

Michael N. Milby
Clerk of Court

GUILLERMINA MONTELONGO :
:
VS. : CASE NO. B-02-176
:
TITAN TIRE CORPORATIN OF TEXAS :

ADR METHOD:   Mediation    __X__      Arbitration        _____
              Mini – trail _____      Summary Jury Trial _____

TYPE OF CASE: _____

1. Please check one of the following:
   The case referred to ADR settled __x__ or did not settle _____.

2. My total fee and expenses were: $ 500.00 PER PARTY (TWO PARTIES) .
   **(if you had no fee and expenses, please indicate if the case settled before
   ADR, OR if the ADR processing was conducted on a no-fee basis pursuant
   to order of the court or agreement of the parties.)**

   _____
   _____

3. Please list names, address and telephone numbers of all parties and all counsel
   of record:

Mr. Michael Cowen/Mr.David Sanchez/Mr. Conrad Bodden
LAW OFFICE OF MICHAEL R. COWEN
765 E. 7th Street, Ste. A
Brownsville, TX 78520
FACSIMILE: 956/50-3674
PHONE: 956/541-4981

Mr. Carlos Cisneros/Mr. Chuck Mattingly
CISNEROS & MATTINGLY
845 East Harrison Street
Brownsville, TX 78520
FACSIMILE: 956/504-5988
PHONE: 956/504-2260

Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, TX 78520
FACSIMILE: 956/541-1893
PHONE: 956/541-1846

Date: **October 29, 2003**

ADR PROVIDER
Name: **Leo C. Salzman**
Signature: _/s/ Leo C. Salzman_

SDTX-ADR.5

# Law Office of Leo C. Salzman

*Attorney • Mediator*

P.O. Box 2587  
Harlingen, Texas 78551  
Office (956) 421-2771  Fax (956) 421-2790

Board Certified  
Personal Injury & Civil Trial Law  
Texas Board of Legal Specialization

Email: lcs@leosalzman.com  
www.leosalzman.com

MAIL  
United States District Court  
Southern District of Texas  
RECEIVED  
NOV 0 4 2003  
Michael N. Milby, Clerk

October 29, 2003

CLERK U.S. DISTRICT COURT  
RECEIVED  
OCT 31 2003  
SOUTHERN DIST. OF TEXAS  
McALLEN, TEXAS

U.S. District Clerk  
**UNITED STATES DISTRICT COURT**  
*Southern District of Texas - McAllen Division*  
1701 West Business Hwy 83, Suite 1011  
McAllen, TX 78501

RE:  CAUSE NO. B-02-176; GUILLERMINA MONTELONGO v. TITAN TIRE CORPORATIN OF TEXAS; (U.S. District, Brownsville Division COUNTY, TEXAS)

Mediation Date: October 23, 2003 @ 01:30 p.m. (HALF DAY MEDIATION)  
at the LAW OFFICE OF LEO SALZMAN, 3206 BANYAN CIRCLE, HARLINGEN

Dear District Clerk:

Please find enclosed herewith the ADR Memorandum To Clerk of Court which I have completed in connection with the above-referenced matter.

Thank you, we are

Sincerely yours,

**LAW OFFICES OF LEO C. SALZMAN**

*[signature]*

Leo C. Salzman

lcs/slv

Encl.

cc: Michael Cowen  Chuck Mattingly  
    Eileen Leeds

SDTX-ADR.5