IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUILLERMINA MONTELONGO, Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-02-176 |
| TITAN TIRE CORPORATION OF TEXAS and RUSSELL ASH, Defendants. | § § § § § | |

### ORDER

BE IT REMEMBERED that on November 24, 2003, having been informed that this case has settled, the Court **ORDERED** the parties to submit a Rule 41(a)(1)(ii) stipulation of dismissal signed by all parties by December 8, 2003.

DONE at Brownsville, Texas, this 24th day of November, 2003.

_____
Hilda G. Tagle
United States District Judge