United States District Court
Southern District of Texas
FILED

DEC 0 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUILLERMINA MONTELONGO § | |
| § | |
| VS. § | CIVIL ACTION NO.  B-02-176 |
| § | (JURY REQUESTED) |
| TITAN TIRE CORPORATION OF § | |
| TEXAS, and RUSSELL ASH § | |

## AGREED MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants, **Titan Tire Corporation of Texas and Russell Ash**, and Plaintiff, **Guillermina Montelongo** and file this their Agreed Motion for Dismissal and for cause would respectfully show unto the Court the following:

### I.

All claims advanced by Plaintiff, Guillermina Montelongo, against Defendants, in the above-referenced case have been compromised and settled.

### II.

In light of the above-referenced settlement, Plaintiff, Guillermina Montelongo and Defendants move that this Court dismiss with prejudice, all claims filed by Plaintiff, Guillermina Montelongo, in this suit. Plaintiff, Guillermina Montelongo further moves this court to enter an Order of Dismissal with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Guillermina Montelongo and Defendants, respectfully pray that this Court grant their Agreed Motion for Dismissal and dismiss with prejudice all of the claims brought by Plaintiff, Guillermina Montelongo against Defendants, and for all other relief to which these Defendants may show themselves to be justly entitled.

Respectfully submitted,

Mr. Michael R. Cowen
Michael R. Cowen, P.C.
520 E. Levee Street
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _____
Michael R. Cowen
State Bar No. 00795306
Federal No.:   19967

**Attorney for Plaintiff Guillermina Montelongo**

Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas   78521
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893


By: _____
Eileen M. Leeds
State Bar No. 00791093
Federal No. 16799

Melanie A. Moore
State Bar No. 24014281
Federal No. 32748
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of December, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

Mr. Michael R. Cowen
Michael R. Cowen, P.C.
520 E. Levee Street
Brownsville, Texas 78520

Mr. Carlos Cisneros
Mr. Chuck Mattingly
Cisneros & Mattingly, P.C.
845 E. Harrison
Brownsville, Texas 78520

_____
Eileen M. Leeds