IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| GUILLERMINA MONTELONGO,<br>Plaintiff,<br><br>v.<br><br>TITAN TIRE CORPORATION OF<br>TEXAS and RUSSELL ASH,<br>Defendants. | CIVIL ACTION NO. B-02-176 |

## ORDER OF DISMISSAL

BE IT REMEMBERED that on December 19, 2003, the Court considered the Parties' Agreed Motion for Dismissal [Dkt. No.33]. The Court, having been advised by counsel that a settlement has been reached, dismisses all claims in this case with prejudice. All Parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 19th day of December 2003.

_____
Hilda G. Tagle
United States District Judge